IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| YELENA SAVINOVA and YEMILIYA MAZUR, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**NOVA HOME CARE, LLC, SOUTHERN HOME CARE SERVICES, INC., ALEH HULIAVATSENKA, and YULIYA NOVIKAVA,**<br><br>**Defendants.** | Case No.  3:20-cv-1612-MPS<br><br><br><br><br><br><br><br><br><br>NOVEMBER 17, 2021 |

## JOINT MOTION FOR SETTLEMENT CONFERENCE

In accordance with the provisions of Local Civil Rules 16(c), Defendants Nova Home Care, LLC, Aleh Huliavatsenka, Southern Home Care Services, Inc., and Yuliya Novikava, and Plaintiffs jointly move for referral to a Magistrate Judge for a settlement conference.  The parties intend to begin the process of scheduling a conference to be held after the close of the notice period.

| PLAINTIFFS | DEFENDANTS, SOUTHERN HOME CARE SERVICES, INC. AND YULIYA NOVIKAVA |
|---|---|
| By:  /s/ Mariusz Kurzyna<br>   Mariusz Kurzyna (ct28940)<br>   Zipin, Amster & Greenberg, LLC<br>   8757 Georgia Avenue, Suite 400<br>   Silver Spring, MD 20910<br>   Tel. 301-587-9373<br>   Fax 240-839-9142<br>   mkurzyna@zagfirm.com<br><br>   Olena Savytska<br>   Lichten & Liss-Riordan, P.C. | By:  /s/ Ronald G. Polly<br>   Jenny DeFrancisco<br>   Hawkins Parnell & Young LLP<br>   600 Lexington Avenue, 8th Floor<br>   New York, NY 10022-7678<br>   Telephone: (212) 897-9659<br>   Facsimile: (646) 589-8700<br>   jdefrancisco@hpylaw.com<br><br>   Ronald G. Polly, Jr. Matthew A. Boyd Christine A. Kurke |

729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
Fax: 617-994-5801
Email: osavytska@llrlaw.com

Hawkins Parnell & Young LLP
303 Peachtree Street, N.E. Suite 4000
Atlanta, GA 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
rpolly@hpylaw.com
bboyd@hpylaw.com
ckurke@hpylaw.com

**DEFENDANTS, NOVA HOME CARE, LLC AND ALEH HULIAVATSENKA**

By: /s/ Glenn A. Duhl
    Glenn A. Duhl ct03644
    Adam J. Lyke ct30487
    Zangari Cohn Cuthbertson
      Duhl & Grello P.C.
    59 Elm Street, Suite 400
    New Haven, CT 06510
    GAD:    (203) 786-3709
    AJL:    (203) 786-3709
    Fax:    (203) 782-2766
    gduhl@zcclawfirm.com
    alyke@zcclawfirm.com